| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**  Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Duane**  First name  **B**  Middle name  **Thomas**  Last name and Suffix (Sr., Jr., II, III) | First name  Middle name  Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**  Include your married or maiden names and any assumed, trade names and *doing business as* names.  Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Duane Thomas** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8368** | |

Debtor 1  **Duane B Thomas** _____    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |
| **5. Where you live** | **181 Heywood Avenue** <br> **Orange, NJ 07050** <br> Number, Street, City, State & ZIP Code <br><br> **Essex** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br> _____ |

Debtor 1  **Duane B Thomas** _____  Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Duane B Thomas** _____    Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

Number, Street, City, State & Zip Code

Debtor 1  **Duane B Thomas** _____   Case number *(if known)* _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** <br><br> The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. <br><br> If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Duane B Thomas**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Duane B Thomas**
**Duane B Thomas**
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on    **6/19/2025**
              MM / DD / YYYY

Executed on    _____
               MM / DD / YYYY

Debtor 1  **Duane B Thomas**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ HERBERT B. RAYMOND, ESQ.**          Date  **6/19/2025**
Signature of Attorney for Debtor                    MM / DD / YYYY

**HERBERT B. RAYMOND, ESQ. HR#1379**
Printed name

**HERBERT B. RAYMOND, ESQ.**
Firm name

**7 GLENWOOD AVENUE
SUITE 408
EAST ORANGE, NJ 07017**
Number, Street, City, State & ZIP Code

Contact phone  **973-675-5622**          Email address  **HERBERTRAYMOND@GMAIL.COM**

**HR#1379 NJ**
Bar number & State

Sydney Lawrence
617 Seven Oaks Drive
Orange, NJ 07050

Chase Bank
P0 Box 15369
Wilmington, DE 19850

EdFinancial Services
Attn: Bankruptcy
P0 Box 36008
Knoxville, TN 37930

Ally Credit Card/ CWS
P0 Box 9222
Old Bethpage, NY 11804

Chase Bank
PO Box 901038
Fort Worth, TX 76101

Fay Servicing
PO Box 619063
Dallas, TX 75261

Ally Financial
Attn: Bankruptcy
P0 Box 380901
Bloomington, MN 55438

Chase Bank
PO Box 901060
Fort Worth, TX 76101

Fay Servicing
PO Box 809441
Chicago, IL 60680

Althea Smith-Thomas   aka Tia Thomas
181 Heywood Avenue
Orange, NJ 07050

Cherelle C Tolor, ESQ
28 Sherman Place
Irvington, NJ 07111

Fay Servicing
425 S. Financial Place
20th Floor
Chicago, IL 60605

Althea Smith-Thomas   aka Tia Thomas
181 Heywood Avenue
Orange, NJ 07050

Cherelle C Tolor, ESQ
414 Centre Street
2nd Floor
Nutley, NJ 07110

Fay Servicing
425 S. Financial Place
20th Floor
Chicago, IL 60605

Althea Smith-Thomas   aka Tia Thomas
181 Heywood Avenue
Orange, NJ 07050

Citibank
Attn: Bankruptcy Department
P.O.Box 6500
Sioux Falls, SD 57117

Fay Servicing Company
901 S 2nd Street
Suite 201
Springfield, IL 62704

Althea Smith-Thomas aka Tia Thomas
181 Heywood Avenue
Orange, NJ 07050

Citibank
P0 Box 6181
Sioux Falls, SD 57117

Fay Servicing LLC
425 S. Financial Place
20th Floor
Chicago, IL 60605

Bridgecrest Acceptance Corporation
P0 Box 53087
Suite 100
Phoenix, AZ 85072

CWS / CW Nexus
101 Crossway Park Drive W
Woodbury, NY 11797

Fay Servicing LLC
939 W North Avenue
Suite 680
Chicago, IL 60642

Bridgecrest Acceptance Corporation
P0 Box 29018
Phoenix, AZ 85038

EdFinancial Services
P0 Box 36008
Knoxville, TN 37930

First Premier Bank
3820 N Louise Avenue
Sioux Falls, SD 57107

Chase Bank
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Edfinancial Services
120 N Seven Oaks Drive
Knoxville, TN 37922

First Premier Bank
900 West Delaware
PO Box 5519
Sioux Falls, SD 57117

| | | |
|---|---|---|
| First Premier Bank<br>Attn: Correspondence Department<br>PO Box 5525<br>Sioux Falls, SD 57117 | Internal Revenue Service<br>PO Box 57<br>Bensalem, PA 19020 | Mission Lane LLC<br>P0 Box 105286<br>Atlanta, GA 30348 |
| Genesis FS Card Services<br>Attn: Bankruptcy<br>P0 Box 4477<br>Beaverton, OR 97076 | Internal Revenue Service<br>Philadelphia, PA 19255-0010 | Sharon Lawrence and Sydney Law<br>617 Seven Oaks Drive<br>Orange, NJ 07050 |
| Genesis FS Card Services<br>P0 Box 4499<br>Beaverton, OR 97076 | IRS<br>PO Box 9019<br>Holtsville, NY 11742 | Sharon Lawrence and Sydney Law<br>15 Brook Place<br>West Orange, NJ 07052 |
| GM Financial<br>PO Box 183834<br>Arlington, TX 76096 | IRS<br>PO Box 219236<br>Kansas City, MO 64121 | State of New Jersey<br>Division of Taxation<br>50 Barrack Street, P.O. Box 269<br>Trenton, NJ 08646 |
| GM Financial<br>PO Box 99605<br>Arlington, TX 76096 | IRS<br>955 S Springfield Avenue<br>Building A<br>Springfield, NJ 07081 | State of New Jersey<br>Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08646-0245 |
| GM Financial<br>PO Box 182963<br>Arlington, TX 76096 | IRS<br>PO Box 9019<br>Holtsville, NY 11742 | State of New Jersey<br>Division of Taxation<br>PO Box 046<br>Trenton, NJ 08646-0046 |
| Goldman Sachs Bank<br>P0 Box 45400<br>Salt Lake City, UT 84145 | KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | State of New Jersey<br>Division of Revenue<br>PO Box 262<br>Trenton, NJ 08464-0262 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>P0 Box 70379<br>Philadelphia, PA 19176 | KML Law Group PC<br>216 Hadden Avenue<br>Suite 406<br>Westmont, NJ 08108 | State of New Jersey<br>Division of Revenue<br>PO Box 417<br>Trenton, NJ 08646 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>P0 Box 70321<br>Philadelphia, PA 19176 | Mission Lane<br>PO Box 4517<br>Carol Stream, IL 60197 | Synchrony Bank<br>PO Box 965013<br>Orlando, FL 32896 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | Synchrony Bank<br>P0 Box 71757<br>Philadelphia, PA 19176 |

Tbom
P0 Box 4499
Beaverton, OR 97076

Uplift, Inc.
Attn: Bankruptcy
801 El Camino Real
Menlo Park, CA 94025

Upgrade Inc
275 Battery Sreett Floor 23
San Francisco, CA 94111

Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Road
Sunnyvale, CA 94085

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street    23rd Floor
San Francisco, CA 94111

Upgrade, Inc.
2 North Central Ave, 10th Floor
Phoenix, AZ 85004

Upgrade, Inc.
2 North Central Avenue, 10th Floor
Phoenix, AZ 85004

Upgrade, Inc.
275 Battery Street
23rd Floor
San Francisco, CA 94111

Upgrade, Inc.
2 North Central Ave, 10th Floor
Phoenix, AZ 85004

Uplift
Attn: Bankruptcy
275 Battery Street, Suite 2300
San Francisco, CA 94111

Uplift
440 N Wolfe Road
Sunnyvale, CA 94085