Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−16583−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duane B Thomas
   aka Duane Thomas
   181 Heywood Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−8368

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2025.

Dated: September 8, 2025
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-16583-VFP
Duane B Thomas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 5
Date Rcvd: Sep 08, 2025  Form ID: plncf13  Total Noticed: 73

The following symbols are used throughout this certificate:
| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701885 | + | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701895 | + | Cherelle C Tolor, ESQ, 28 Sherman Place, Irvington, NJ 07111-1530 |
| 520701896 | + | Cherelle C Tolor, ESQ, 414 Centre Street, 2nd Floor, Nutley, NJ 07110-1760 |
| 520701929 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520781074 | | Metropolitan Life Insurance Company, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520701934 | + | Sharon Lawrence and Sydney Lawrence, 15 Brook Place, West Orange, NJ 07052-2701 |
| 520701933 | + | Sharon Lawrence and Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701939 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 520701935 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 520701882 | + | Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 20:49:11 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Sep 08 2025 20:42:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Iselin, NJ 08830-3072 |
| 520768849 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2025 20:48:24 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520701883 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2025 20:48:15 | Ally Credit Card/ CWS, P0 Box 9222, Old Bethpage, NY 11804-9222 |
| 520701884 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2025 20:42:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 520701890 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 08 2025 20:43:00 | Bridgecrest Acceptance Corporation, P0 Box 29018, Phoenix, AZ 85038-9018 |
| 520701889 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 08 2025 20:43:00 | Bridgecrest Acceptance Corporation, P0 Box |

Case 25-16583-VFP    Doc 33    Filed 09/10/25    Entered 09/11/25 00:16:58    Desc Imaged
                              Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: plncf13 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | | 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520701899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2025 20:47:01 | CWS / CW Nexus, 101 Crossway Park Drive W, Woodbury, NY 11797-2020 |
| 520779037 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 08 2025 20:48:15 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520779039 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 08 2025 20:47:06 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520707250 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 20:47:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520791124 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 20:49:16 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520762747 | | Email/Text: mrdiscen@discover.com | Sep 08 2025 20:42:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520701892 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2025 20:49:13 | Chase Bank, P0 Box 15369, Wilmington, DE 19850-5369 |
| 520701893 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2025 20:48:24 | Chase Bank, PO Box 901038, Fort Worth, TX 76101-2038 |
| 520701894 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2025 20:59:34 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 520701891 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2025 20:59:35 | Chase Bank, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520701898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2025 20:49:13 | Citibank, P0 Box 6181, Sioux Falls, SD 57117-6181 |
| 520701897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2025 20:47:15 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 520701900 | + | Email/Text: EBN@edfinancial.com | Sep 08 2025 20:42:00 | EdFinancial Services, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701902 | + | Email/Text: EBN@edfinancial.com | Sep 08 2025 20:42:00 | EdFinancial Services, Attn: Bankruptcy, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701901 | + | Email/Text: EBN@edfinancial.com | Sep 08 2025 20:42:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520701903 | | Email/Text: ECF@fayservicing.com | Sep 08 2025 20:42:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 520701904 | | Email/Text: ECF@fayservicing.com | Sep 08 2025 20:42:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680 |
| 520701909 | | Email/Text: ECF@fayservicing.com | Sep 08 2025 20:42:00 | Fay Servicing LLC, 939 W North Avenue, Suite 680, Chicago, IL 60642 |
| 520701905 | ^ | MEBN | Sep 08 2025 20:38:32 | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701911 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 08 2025 20:48:04 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520701912 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 08 2025 20:59:35 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520701910 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 08 2025 20:48:03 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520701916 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2025 20:43:00 | GM Financial, PO Box 99605, Arlington, TX 76096-9605 |
| 520701917 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2025 20:43:00 | GM Financial, PO Box 182963, Arlington, TX |

Case 25-16583-VFP    Doc 33    Filed 09/10/25    Entered 09/11/25 00:16:58    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: plncf13 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 520701915 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | 76096-2963 |
| | | | Sep 08 2025 20:43:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520701913 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 08 2025 20:43:00 | Genesis FS Card Services, Attn: Bankruptcy, P0 Box 4477, Beaverton, OR 97076-4401 |
| 520701914 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 08 2025 20:43:00 | Genesis FS Card Services, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701918 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 08 2025 20:42:00 | Goldman Sachs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 520701920 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 08 2025 20:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520701919 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 08 2025 20:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520701926 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2025 20:43:00 | IRS, 955 S Springfield Avenue, Building A, Springfield, NJ 07081 |
| 520743612 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 08 2025 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520701928 | ^ | MEBN | Sep 08 2025 20:38:06 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520785898 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2025 20:47:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520701930 | | Email/Text: ml-ebn@missionlane.com | Sep 08 2025 20:42:00 | Mission Lane, PO Box 4517, Carol Stream, IL 60197 |
| 520701931 | | Email/Text: ml-ebn@missionlane.com | Sep 08 2025 20:42:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520701932 | | Email/Text: ml-ebn@missionlane.com | Sep 08 2025 20:42:00 | Mission Lane LLC, P0 Box 105286, Atlanta, GA 30348 |
| 520701936 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 08 2025 20:42:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 520701937 | ^ | MEBN | Sep 08 2025 20:38:12 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520701938 | ^ | MEBN | Sep 08 2025 20:37:42 | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08602-0262 |
| 520701940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:48:56 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520701941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2025 20:48:59 | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 520797653 | | Email/Text: bankruptcy@mtabt.org | Sep 08 2025 20:43:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520701942 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 08 2025 20:43:00 | Tbom, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701943 | | Email/Text: bknotice@upgrade.com | Sep 08 2025 20:42:00 | Upgrade Inc, 275 Battery Sreett Floor 23, San Francisco, CA 94111 |
| 520701946 | | Email/Text: bknotice@upgrade.com | Sep 08 2025 20:42:00 | Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701948 | | Email/Text: bknotice@upgrade.com | Sep 08 2025 20:42:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520701944 | | Email/Text: bknotice@upgrade.com | Sep 08 2025 20:42:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 520701951 | | Email/Text: bankruptcies@uplift.com | Sep 08 2025 20:42:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701953 | | Email/Text: bankruptcies@uplift.com | Sep 08 2025 20:42:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701952 | | Email/Text: bankruptcies@uplift.com | Sep 08 2025 20:42:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520746540 | + | Email/Text: EBN@edfinancial.com | Sep 08 2025 20:42:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520701950 | + | Email/Text: bankruptcies@uplift.com | Sep 08 2025 20:42:00 | Uplift, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 62

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520701886 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701887 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701888 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520779038 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520701906 | *+ | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701908 | *+ | Fay Servicing LLC, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701925 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 520701924 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701927 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701922 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 57, Bensalem, PA 19020 |
| 520701923 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia, PA 19255-0010 |
| 520701921 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520701949 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701947 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520701945 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701907 | ##+ | Fay Servicing Company, 901 S 2nd Street, Suite 201, Springfield, IL 62704-7909 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: plncf13 | Total Noticed: 73 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Duane B Thomas herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5