| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Metropolitan Life Insurance Company | |
| In Re:<br><br>Duane B. Thomas,<br><br>Debtor. | Case No.:   25-16583-VFP<br><br>Chapter:   13<br><br>Hearing Date:   09/18/2025<br><br>Judge:   Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief re: 181 Heywood Avenue, Orange, NJ (Docket # 26)

Date: 09/11/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*