UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
Metropolitan Life Insurance Company

**Order Filed on September 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  25-16583 VFP

Adv. No.:

Hearing Date: 9/18/2025 @ 10:00 a.m.

Judge:  Vincent F. Papalia

In Re:
Duane Thomas aka Duane Thomas
Debtor

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 22, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Duane Thomas aka Duane Thomas
Case No:  25-16583 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Metropolitan Life Insurance Company, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 181 Heywood Ave, Orange, NJ, 07050, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of September 5, 2025 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for adequate protection payment due August 2025 for a total post-petition default of $3,600.00; and

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,600.00 will be paid by Debtor remitting $600.00 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on September 1, 2025, and continue for a period of six months until the post-petition arrears are cured; and

   It is further **ORDERED, ADJUDGED and DECREED** that adequate protection payments are to resume September 1, 2025, directly to Secured Creditor; and

   It is further **ORDERED, ADJUDGED and DECREED** that secured creditor does not waive the difference between the adequate protection payment and the regular monthly payment for any month.  In the event a loan modification or sale is not completed, the debtor will be responsible for the different between the adequate protection payment and the regular monthly payment in order to cure the default; and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Duane Thomas aka Duane Thomas
Case No:  25-16583 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is

hereby resolved.