UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de
Lyon
Attorneys for the Debtor(s)

**Order Filed on October 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DUANE THOMAS,  DEBTOR(S)

Case No.:   25-16583 (VFP)

Adv. No.:

Hearing Date:

Judge: Vincent Papalia

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: October 6, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Duane Thomas,  Debtor(s)

Case no.  25-16583 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees

_____

     The applicant having certified that legal work supplemental

to basic Chapter 13 services has been rendered, and no objections

having been raised:

     ORDERED that Herbert B. Raymond, Esq., the applicant, is

allowed a fee of **$2,750.00** for services rendered and expenses in

the amount **$60.00**   for a total of **$2,810.00**.  The allowance

shall be payable

     ___XXXX___   through the Chapter 13 plan as an administrative

priority.

     _____   outside the plan.

In the event that the case is dismissed prior to payment of

fees and expenses ordered herein, any funds on hand with the

Chapter 13 Trustee shall be disbursed on a pro rata basis for

payment of allowed administrative expenses under 11 U.S.C. 503(b)

before a refund is issued to the debtor. If the applicant is the

only individual/entity with allowable administrative expenses,

then any funds on hand with the Chapter 13 Trustee shall be

disbursed in payment of applicant's allowed administrative

expenses before a refund is issued to the debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 25-16583-VFP

Duane B Thomas                                                                                   Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                            Page 1 of 2

Date Rcvd: Oct 07, 2025                         Form ID: pdf903                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

**Recip ID              Recipient Name and Address**
db                   +  Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Duane B Thomas herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                 User: admin                                        Page 2 of 2
Date Rcvd: Oct 07, 2025                              Form ID: pdf903                                  Total Noticed: 1
TOTAL: 5