UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor:  Metropolitan Life
Insurance Company

**Order Filed on March 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Duane Thomas aka Duane Thomas
          Debtor(s)

Case No.:      <u>25-16583 VFP</u>

Judge:         <u>Vincent F. Papalia</u>

Chapter:       <u>13</u>

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on :

Property:      181 Heywood Ave Orange, NJ 07050
Creditor:       Metropolitan Life Insurance Company

and a Request for

❑   Extension of the 90 day Loss Mitigation Period having been filed by _____,
     and for good cause shown

■    Early Termination of the Loss Mitigation Period having been filed by Metropolitan Life Insurance
     Company,
     and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.