Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–16583–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Duane B Thomas
    aka Duane Thomas
    181 Heywood Avenue
    Orange, NJ 07050

Social Security No.:
    xxx–xx–8368

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 8, 2025.

On 3/31/26 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:            May 7, 2026
Time:             08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 1, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-16583-VFP

Duane B Thomas                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                          Page 1 of 5

Date Rcvd: Apr 01, 2026                            Form ID: 185                                     Total Noticed: 75

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701885 | + | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701895 | + | Cherelle C Tolor, ESQ, 28 Sherman Place, Irvington, NJ 07111-1530 |
| 520701896 | + | Cherelle C Tolor, ESQ, 414 Centre Street, 2nd Floor, Nutley, NJ 07110-1760 |
| 520701929 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520701934 | + | Sharon Lawrence and Sydney Lawrence, 15 Brook Place, West Orange, NJ 07052-2701 |
| 520701933 | + | Sharon Lawrence and Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701935 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 520701939 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 520701882 | + | Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701950 | + | Uplift, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 01 2026 21:16:32 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Apr 01 2026 21:04:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Iselin, NJ 08830-3072 |
| 520768849 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 01 2026 21:15:50 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520701883 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 01 2026 21:15:49 | Ally Credit Card/ CWS, P0 Box 9222, Old Bethpage, NY 11804-9222 |
| 520701884 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 01 2026 21:03:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 520701890 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 01 2026 21:05:00 | Bridgecrest Acceptance Corporation, P0 Box 29018, Phoenix, AZ 85038-9018 |
| 520701889 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 01 2026 21:05:00 | Bridgecrest Acceptance Corporation, P0 Box |

District/off: 0312-2 | User: admin | Page 2 of 5
Date Rcvd: Apr 01, 2026 | Form ID: 185 | Total Noticed: 75

| | | | |
|---|---|---|---|
| | | | 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520701899 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 01 2026 21:16:30 | CWS / CW Nexus, 101 Crossway Park Drive W, Woodbury, NY 11797-2020 |
| 520779037 | + Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:13 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520779039 | + Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:15:55 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520707250 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520791124 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:08 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520762747 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 01 2026 21:03:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520701892 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:15:50 | Chase Bank, P0 Box 15369, Wilmington, DE 19850-5369 |
| 520701893 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:07 | Chase Bank, PO Box 901038, Fort Worth, TX 76101-2038 |
| 520701894 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:07 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 520701891 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:30 | Chase Bank, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520701898 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 01 2026 21:16:36 | Citibank, P0 Box 6181, Sioux Falls, SD 57117-6181 |
| 520701897 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 01 2026 21:16:36 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 520701900 | + Email/Text: EBN@edfinancial.com | | |
| | | Apr 01 2026 21:04:00 | EdFinancial Services, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701902 | + Email/Text: EBN@edfinancial.com | | |
| | | Apr 01 2026 21:04:00 | EdFinancial Services, Attn: Bankruptcy, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701901 | + Email/Text: EBN@edfinancial.com | | |
| | | Apr 01 2026 21:04:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520701903 | Email/Text: ECF@fayservicing.com | | |
| | | Apr 01 2026 21:04:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 520701904 | Email/Text: ECF@fayservicing.com | | |
| | | Apr 01 2026 21:04:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680 |
| 520701909 | Email/Text: ECF@fayservicing.com | | |
| | | Apr 01 2026 21:04:00 | Fay Servicing LLC, 939 W North Avenue, Suite 680, Chicago, IL 60642 |
| 520781074 | Email/Text: ECF@fayservicing.com | | |
| | | Apr 01 2026 21:04:00 | Metropolitan Life Insurance Company, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520701905 | ^ MEBN | | |
| | | Apr 01 2026 21:01:05 | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701911 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:15:54 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520701912 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:11 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520701910 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:33 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520701916 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

District/off: 0312-2                              User: admin                                   Page 3 of 5
Date Rcvd: Apr 01, 2026                           Form ID: 185                                  Total Noticed: 75

| | | Apr 01 2026 21:04:00 | GM Financial, PO Box 99605, Arlington, TX 76096-9605 |
|---|---|---|---|
| 520701917 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | Apr 01 2026 21:04:00 | GM Financial, PO Box 182963, Arlington, TX 76096-2963 |
| 520701915 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | Apr 01 2026 21:04:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520701913 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Apr 01 2026 21:05:00 | Genesis FS Card Services, Attn: Bankruptcy, P0 Box 4477, Beaverton, OR 97076-4401 |
| 520701914 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Apr 01 2026 21:05:00 | Genesis FS Card Services, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701918 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Apr 01 2026 21:04:00 | Goldman Sachs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 520701920 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Apr 01 2026 21:04:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520701919 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Apr 01 2026 21:04:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520701926 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Apr 01 2026 21:04:00 | IRS, 955 S Springfield Avenue, Building A, Springfield, NJ 07081 |
| 520743612 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Apr 01 2026 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520701928 | ^ MEBN | | |
| | | Apr 01 2026 21:01:21 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520785898 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 01 2026 21:16:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520701930 | Email/Text: ml-ebn@missionlane.com | | |
| | | Apr 01 2026 21:03:00 | Mission Lane, PO Box 4517, Carol Stream, IL 60197 |
| 520701931 | Email/Text: ml-ebn@missionlane.com | | |
| | | Apr 01 2026 21:03:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520701932 | Email/Text: ml-ebn@missionlane.com | | |
| | | Apr 01 2026 21:03:00 | Mission Lane LLC, P0 Box 105286, Atlanta, GA 30348 |
| 520894949 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 01 2026 21:15:49 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520894950 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 01 2026 21:15:49 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520701936 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Apr 01 2026 21:03:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 520701937 | ^ MEBN | | |
| | | Apr 01 2026 21:01:25 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520701938 | ^ MEBN | | |
| | | Apr 01 2026 21:00:32 | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08602-0262 |
| 520701940 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:15:49 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520701941 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 01 2026 21:16:29 | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 520797653 | Email/Text: bankruptcy@mtabt.org | | |
| | | Apr 01 2026 21:04:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520701942 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Apr 01 2026 21:05:00 | Tbom, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701943 | Email/Text: bknotice@upgrade.com | | |

District/off: 0312-2 | User: admin | Page 4 of 5

Date Rcvd: Apr 01, 2026 | Form ID: 185 | Total Noticed: 75

| | | Apr 01 2026 21:03:00 | Upgrade Inc, 275 Battery Sreett Floor 23, San Francisco, CA 94111 |
|---|---|---|---|
| 520701946 | Email/Text: bknotice@upgrade.com | | |
| | | Apr 01 2026 21:03:00 | Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701948 | Email/Text: bknotice@upgrade.com | | |
| | | Apr 01 2026 21:03:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520701944 | Email/Text: bknotice@upgrade.com | | |
| | | Apr 01 2026 21:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701951 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 01 2026 21:03:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701953 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 01 2026 21:03:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701952 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 01 2026 21:03:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520746540 | + Email/Text: EBN@edfinancial.com | | |
| | | Apr 01 2026 21:04:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520701886 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701887 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701888 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520779038 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520701906 | *+ | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701908 | *+ | Fay Servicing LLC, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701925 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 520701924 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701927 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701922 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 57, Bensalem, PA 19020 |
| 520701923 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia, PA 19255-0010 |
| 520701921 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520701949 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701947 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520701945 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701907 | ##+ | Fay Servicing Company, 901 S 2nd Street, Suite 201, Springfield, IL 62704-7909 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2                                     User: admin                                                     Page 5 of 5

Date Rcvd: Apr 01, 2026                                 Form ID: 185                                           Total Noticed: 75

Date: Apr 03, 2026                          Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Herbert B. Raymond | on behalf of Debtor Duane B Thomas herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5