Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25–16583–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Duane B Thomas
  aka Duane Thomas
  181 Heywood Avenue
  Orange, NJ 07050

Social Security No.:
  xxx–xx–8368

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       5/21/26
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$2,250.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

  An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 28, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 25-16583-VFP

Duane B Thomas                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                Page 1 of 5

Date Rcvd: Apr 28, 2026                      Form ID: 137                                Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701885 | + | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701895 | + | Cherelle C Tolor, ESQ, 28 Sherman Place, Irvington, NJ 07111-1530 |
| 520701896 | + | Cherelle C Tolor, ESQ, 414 Centre Street, 2nd Floor, Nutley, NJ 07110-1760 |
| 520701929 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520701934 | + | Sharon Lawrence and Sydney Lawrence, 15 Brook Place, West Orange, NJ 07052-2701 |
| 520701933 | + | Sharon Lawrence and Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701935 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 520701939 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 520701882 | + | Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701950 | + | Uplift, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2026 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2026 21:11:46 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Apr 28 2026 20:59:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Iselin, NJ 08830-3072 |
| 520768849 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2026 21:11:24 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520701883 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2026 21:11:24 | Ally Credit Card/ CWS, P0 Box 9222, Old Bethpage, NY 11804-9222 |
| 520701884 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 28 2026 20:58:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 520701890 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 28 2026 21:00:00 | Bridgecrest Acceptance Corporation, P0 Box 29018, Phoenix, AZ 85038-9018 |
| 520701889 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 28 2026 21:00:00 | Bridgecrest Acceptance Corporation, P0 Box |

| Recip ID | | Notice Type | Time | Address |
|---|---|---|---|---|
| | | | | 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520701899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2026 21:11:33 | CWS / CW Nexus, 101 Crossway Park Drive W, Woodbury, NY 11797-2020 |
| 520779037 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 28 2026 21:11:48 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520779039 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 28 2026 21:11:37 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520707250 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2026 21:11:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520791124 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2026 21:11:37 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520762747 | | Email/Text: mrdiscen@discover.com | Apr 28 2026 20:58:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520701892 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2026 21:11:45 | Chase Bank, P0 Box 15369, Wilmington, DE 19850-5369 |
| 520701893 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2026 21:11:34 | Chase Bank, PO Box 901038, Fort Worth, TX 76101-2038 |
| 520701894 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2026 21:11:43 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 520701891 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2026 21:11:43 | Chase Bank, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520701898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2026 21:11:30 | Citibank, P0 Box 6181, Sioux Falls, SD 57117-6181 |
| 520701897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2026 21:11:40 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 520701900 | + | Email/Text: EBN@edfinancial.com | Apr 28 2026 20:59:00 | EdFinancial Services, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701902 | + | Email/Text: EBN@edfinancial.com | Apr 28 2026 20:59:00 | EdFinancial Services, Attn: Bankruptcy, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701901 | + | Email/Text: EBN@edfinancial.com | Apr 28 2026 20:59:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520701903 | | Email/Text: ECF@fayservicing.com | Apr 28 2026 20:59:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 520701904 | | Email/Text: ECF@fayservicing.com | Apr 28 2026 20:59:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680 |
| 520701909 | | Email/Text: ECF@fayservicing.com | Apr 28 2026 20:59:00 | Fay Servicing LLC, 939 W North Avenue, Suite 680, Chicago, IL 60642 |
| 520781074 | | Email/Text: ECF@fayservicing.com | Apr 28 2026 20:59:00 | Metropolitan Life Insurance Company, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520701905 | ^ | MEBN | Apr 28 2026 20:58:08 | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701911 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2026 21:11:47 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520701912 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2026 21:11:27 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520701910 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2026 21:11:47 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520701916 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

District/off: 0312-2                          User: admin                                    Page 3 of 5

Date Rcvd: Apr 28, 2026                       Form ID: 137                              Total Noticed: 75

| | | | |
|---|---|---|---|
| 520701917 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2026 20:59:00   GM Financial, PO Box 99605, Arlington, TX 76096-9605 |
| 520701915 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2026 20:59:00   GM Financial, PO Box 182963, Arlington, TX 76096-2963 |
| 520701913 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 28 2026 20:59:00   GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520701914 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 28 2026 21:00:00   Genesis FS Card Services, Attn: Bankruptcy, P0 Box 4477, Beaverton, OR 97076-4401 |
| 520701918 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 28 2026 21:00:00   Genesis FS Card Services, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701920 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 28 2026 20:59:00   Goldman Sachs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 520701919 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 28 2026 20:59:00   Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520701926 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2026 20:59:00   Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520743612 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 28 2026 20:59:00   IRS, 955 S Springfield Avenue, Building A, Springfield, NJ 07081 |
| 520701928 | ^ | MEBN | Apr 28 2026 20:59:00   JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520785898 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2026 20:57:59   KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520701930 | | Email/Text: ml-ebn@missionlane.com | Apr 28 2026 21:11:29   LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520701931 | | Email/Text: ml-ebn@missionlane.com | Apr 28 2026 20:58:00   Mission Lane, PO Box 4517, Carol Stream, IL 60197 |
| 520701932 | | Email/Text: ml-ebn@missionlane.com | Apr 28 2026 20:58:00   Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520894949 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2026 20:58:00   Mission Lane LLC, P0 Box 105286, Atlanta, GA 30348 |
| 520894950 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2026 21:11:44   Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520701936 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 28 2026 21:11:35   Merrick Bank, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520701937 | ^ | MEBN | Apr 28 2026 20:59:00   State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 520701938 | ^ | MEBN | Apr 28 2026 20:58:06   State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520701940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 28 2026 20:57:25   State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08602-0262 |
| 520701941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 28 2026 21:11:34   Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520797653 | | Email/Text: bankruptcy@mtabt.org | Apr 28 2026 21:11:43   Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 520701942 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 28 2026 20:59:00   Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520701943 | | Email/Text: bknotice@upgrade.com | Apr 28 2026 21:00:00   Tbom, P0 Box 4499, Beaverton, OR 97076-4499 |

District/off: 0312-2                     User: admin                                      Page 4 of 5

Date Rcvd: Apr 28, 2026                  Form ID: 137                                     Total Noticed: 75

| | | Apr 28 2026 20:58:00 | Upgrade Inc, 275 Battery Sreett Floor 23, San Francisco, CA 94111 |
|---|---|---|---|
| 520701946 | Email/Text: bknotice@upgrade.com | | |
| | | Apr 28 2026 20:58:00 | Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701948 | Email/Text: bknotice@upgrade.com | | |
| | | Apr 28 2026 20:58:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520701944 | Email/Text: bknotice@upgrade.com | | |
| | | Apr 28 2026 20:58:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701951 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 28 2026 20:58:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701953 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 28 2026 20:58:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701952 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 28 2026 20:58:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520746540 | + Email/Text: EBN@edfinancial.com | | |
| | | Apr 28 2026 20:59:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520701886 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701887 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701888 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520779038 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520701906 | *+ | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701908 | *+ | Fay Servicing LLC, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701925 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 520701924 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701927 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701922 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 57, Bensalem, PA 19020 |
| 520701923 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia, PA 19255-0010 |
| 520701921 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520701949 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701947 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520701945 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701907 | ##+ | Fay Servicing Company, 901 S 2nd Street, Suite 201, Springfield, IL 62704-7909 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2026 | Form ID: 137 | Total Noticed: 75 |

Date: Apr 30, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Duane B Thomas herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5