UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                             Case No.: _____25-16583 VFP_____

                                                   Chapter: _____13_____

 DUANE B. THOMAS, DEBTOR(S)                        Judge: ____Vincent F. Papalia____

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____Duane B. Thomas_____, _____the Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:
>
> U.S. Bankruptcy Court
> District of New Jersey
> 50 Walnut Street, 3rd Floor
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ____Vincent F. Papalia, U.S.B.J.____
on _____July 2, 2026_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no.
__3B__, _____50 Walnut St., 3rd Floor, Newark, NJ 07102_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:
>
> Settlement of second mortgage obligation with Sharon and Sydney Lawrence, providing for release of mortgage and liability as to the mortgage.

> Pertinent terms of settlement:  Regarding second mortgage obligation with Sharon and Sydney Lawrence, mortgagees to provide, satisfaction of their mortgage, upon $6,500 payment from the Debtor, irrespective of bankruptcy case completion or discharge.  Upon payment of $6,500 from the Debtor, Sharon and Sydney Lawerence, to provide a complete release of the mortgage it holds.  The mortgage shall be released as to the property, & the Debtor-Obligor(s) shall be personally released, as to the obligation.

Objections must be served on, and requests for additional information directed to:

Name:    Raymond & Raymond, Esqs., Herbert Raymond, Esq.

Address:    7 Glenwood Avenue, 4th Floor, East Orange, New Jersey 07017

Telephone No.: 973-675-5622 Phone;  Email: herbertraymond@gmail.com, Fax: 408-519-6711

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-16583-VFP |
|---|---|
| Duane B Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf905 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701885 | + | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701895 | + | Cherelle C Tolor, ESQ, 28 Sherman Place, Irvington, NJ 07111-1530 |
| 520701896 | + | Cherelle C Tolor, ESQ, 414 Centre Street, 2nd Floor, Nutley, NJ 07110-1760 |
| 520701929 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520701934 | + | Sharon Lawrence and Sydney Lawrence, 15 Brook Place, West Orange, NJ 07052-2701 |
| 520701933 | + | Sharon Lawrence and Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701935 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 520701939 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 520701882 | + | Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701950 | + | Uplift, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2026 06:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2026 06:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 06:02:37 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | May 29 2026 06:04:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Iselin, NJ 08830-3072 |
| 520768849 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2026 06:02:21 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520701883 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2026 06:01:39 | Ally Credit Card/ CWS, P0 Box 9222, Old Bethpage, NY 11804-9222 |
| 520701884 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2026 06:03:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 520701890 | + | Email/Text: rm-bknotices@bridgecrest.com | May 29 2026 06:05:00 | Bridgecrest Acceptance Corporation, P0 Box 29018, Phoenix, AZ 85038-9018 |
| 520701889 | + | Email/Text: rm-bknotices@bridgecrest.com | May 29 2026 06:05:00 | Bridgecrest Acceptance Corporation, P0 Box |

| | | | |
|---|---|---|---|
| | | | 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520701899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | May 29 2026 06:02:21 | CWS / CW Nexus, 101 Crossway Park Drive W, Woodbury, NY 11797-2020 |
| 520779037 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | |
| | | May 29 2026 06:13:12 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520779039 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | |
| | | May 29 2026 06:13:12 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520707250 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | May 29 2026 06:02:06 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520791124 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | May 29 2026 06:02:37 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520762747 | | Email/Text: mrdiscen@discover.com | |
| | | May 29 2026 06:03:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520701892 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | May 29 2026 06:01:47 | Chase Bank, P0 Box 15369, Wilmington, DE 19850-5369 |
| 520701893 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | May 29 2026 06:01:47 | Chase Bank, PO Box 901038, Fort Worth, TX 76101-2038 |
| 520701894 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | May 29 2026 06:01:47 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 520701891 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | May 29 2026 06:02:24 | Chase Bank, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520701898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 29 2026 06:13:18 | Citibank, P0 Box 6181, Sioux Falls, SD 57117-6181 |
| 520701897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 29 2026 06:02:57 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 520701900 | + | Email/Text: EBN@edfinancial.com | |
| | | May 29 2026 06:03:00 | EdFinancial Services, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701902 | + | Email/Text: EBN@edfinancial.com | |
| | | May 29 2026 06:03:00 | EdFinancial Services, Attn: Bankruptcy, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701901 | + | Email/Text: EBN@edfinancial.com | |
| | | May 29 2026 06:03:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520701903 | | Email/Text: ECF@fayservicing.com | |
| | | May 29 2026 06:03:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 520701904 | | Email/Text: ECF@fayservicing.com | |
| | | May 29 2026 06:03:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680 |
| 520701909 | | Email/Text: ECF@fayservicing.com | |
| | | May 29 2026 06:03:00 | Fay Servicing LLC, 939 W North Avenue, Suite 680, Chicago, IL 60642 |
| 520781074 | | Email/Text: ECF@fayservicing.com | |
| | | May 29 2026 06:03:00 | Metropolitan Life Insurance Company, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520701905 | ^ | MEBN | |
| | | May 29 2026 05:52:18 | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701911 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | May 29 2026 06:02:40 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520701912 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | May 29 2026 06:02:55 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520701910 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | May 29 2026 06:02:10 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520701916 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |

| | | | May 29 2026 06:04:00 | GM Financial, PO Box 99605, Arlington, TX 76096-9605 |
| 520701917 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | May 29 2026 06:04:00 | GM Financial, PO Box 182963, Arlington, TX 76096-2963 |
| 520701915 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | May 29 2026 06:04:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520701913 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | May 29 2026 06:05:00 | Genesis FS Card Services, Attn: Bankruptcy, P0 Box 4477, Beaverton, OR 97076-4401 |
| 520701914 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | May 29 2026 06:05:00 | Genesis FS Card Services, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701918 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | May 29 2026 06:03:00 | Goldman Sachs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 520701920 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | May 29 2026 06:03:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520701919 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | May 29 2026 06:03:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520701926 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 29 2026 06:04:00 | IRS, 955 S Springfield Avenue, Building A, Springfield, NJ 07081 |
| 520743612 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | May 29 2026 06:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520701928 | ^ | MEBN | | |
| | | | May 29 2026 05:53:37 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520785898 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 29 2026 06:02:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520701930 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | May 29 2026 06:03:00 | Mission Lane, PO Box 4517, Carol Stream, IL 60197 |
| 520701931 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | May 29 2026 06:03:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520701932 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | May 29 2026 06:03:00 | Mission Lane LLC, P0 Box 105286, Atlanta, GA 30348 |
| 520894949 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 29 2026 06:02:20 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520894950 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 29 2026 06:02:48 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520701936 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | May 29 2026 06:03:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 520701937 | ^ | MEBN | | |
| | | | May 29 2026 05:53:40 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520701938 | ^ | MEBN | | |
| | | | May 29 2026 05:53:25 | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08602-0262 |
| 520701940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2026 06:02:20 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520701941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 29 2026 06:02:21 | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 520797653 | | Email/Text: bankruptcy@mtabt.org | | |
| | | | May 29 2026 06:04:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520701942 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | May 29 2026 06:05:00 | Tbom, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701943 | | Email/Text: bknotice@upgrade.com | | |

District/off: 0312-2 | User: admin | Page 4 of 5

Date Rcvd: May 29, 2026 | Form ID: pdf905 | Total Noticed: 75

| | | May 29 2026 06:03:00 | Upgrade Inc, 275 Battery Sreett Floor 23, San Francisco, CA 94111 |
| 520701946 | Email/Text: bknotice@upgrade.com | | |
| | | May 29 2026 06:03:00 | Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701948 | Email/Text: bknotice@upgrade.com | | |
| | | May 29 2026 06:03:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520701944 | Email/Text: bknotice@upgrade.com | | |
| | | May 29 2026 06:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701951 | Email/Text: bankruptcies@uplift.com | | |
| | | May 29 2026 06:03:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701953 | Email/Text: bankruptcies@uplift.com | | |
| | | May 29 2026 06:03:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701952 | Email/Text: bankruptcies@uplift.com | | |
| | | May 29 2026 06:03:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520746540 | + Email/Text: EBN@edfinancial.com | | |
| | | May 29 2026 06:03:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520701886 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701887 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701888 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520779038 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520701906 | *+ | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701908 | *+ | Fay Servicing LLC, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701925 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 520701924 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701927 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701922 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 57, Bensalem, PA 19020 |
| 520701923 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia, PA 19255-0010 |
| 520701921 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520701949 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701947 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520701945 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701907 | ##+ | Fay Servicing Company, 901 S 2nd Street, Suite 201, Springfield, IL 62704-7909 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: May 29, 2026 | Form ID: pdf905 | Total Noticed: 75

Date: May 30, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Herbert B. Raymond | on behalf of Debtor Duane B Thomas herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5