Form loccrtno − loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−16583−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Duane B Thomas
aka Duane Thomas
181 Heywood Avenue
Orange, NJ 07050

Social Security No.:
xxx−xx−8368

Employer's Tax I.D. No.:

---

**CERTIFICATION OF NO OBJECTION**

I Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Peoposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Regarding second mortgage obligation with Sharon and Sydney Lawrence, mortgagees to provide, satisfaction of their mortgage, upon $6,500 payment from the Debtor, irrespective of bankruptcy case completion or discharge. Upon payment of $6,500 from the Debtor, Sharon and Sydney Lawerence, to provide a complete release of the mortgage it holds. The mortgage shall be released as to the property, & the Debtor− Obligor(s) shall be personally released, as to the obligation.

Dated: June 26, 2026
JAN:

Jeanne Naughton
Clerk