Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−16583−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Duane B Thomas
aka Duane Thomas
181 Heywood Avenue
Orange, NJ 07050

Social Security No.:
xxx−xx−8368

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 11/5/26
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1,350.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-16583-VFP

Duane B Thomas Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 5

Date Rcvd: Oct 07, 2026 Form ID: 137 Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701885 | + | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701895 | + | Cherelle C Tolor, ESQ, 28 Sherman Place, Irvington, NJ 07111-1530 |
| 520701896 | + | Cherelle C Tolor, ESQ, 414 Centre Street, 2nd Floor, Nutley, NJ 07110-1760 |
| 520701929 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520701934 | + | Sharon Lawrence and Sydney Lawrence, 15 Brook Place, West Orange, NJ 07052-2701 |
| 520701933 | + | Sharon Lawrence and Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701935 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 520701939 | + | State of New Jersey, Division of Revenue, PO Box 417, Trenton, NJ 08646-0417 |
| 520701882 | + | Sydney Lawrence, 617 Seven Oaks Drive, Orange, NJ 07050-3123 |
| 520701950 | + | Uplift, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 21:32:40 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 07 2026 21:33:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Iselin, NJ 08830-3072 |
| 520768849 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 21:32:12 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520701883 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 21:32:20 | Ally Credit Card/ CWS, P0 Box 9222, Old Bethpage, NY 11804-9222 |
| 520701884 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2026 21:33:00 | Ally Financial, Attn: Bankruptcy, P0 Box 380901, Bloomington, MN 55438-0901 |
| 520701890 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 07 2026 21:34:00 | Bridgecrest Acceptance Corporation, P0 Box 29018, Phoenix, AZ 85038-9018 |
| 520701889 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 07 2026 21:34:00 | Bridgecrest Acceptance Corporation, P0 Box |

| | | | | |
|---|---|---|---|---|
| | | | | 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520701899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 21:32:12 | CWS / CW Nexus, 101 Crossway Park Drive W, Woodbury, NY 11797-2020 |
| 520779037 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 07 2026 21:43:04 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520779039 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 07 2026 21:43:04 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520707250 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 21:32:14 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520791124 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 21:32:24 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520762747 | | Email/Text: mrdiscen@discover.com | Oct 07 2026 21:33:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520701892 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 21:32:30 | Chase Bank, P0 Box 15369, Wilmington, DE 19850-5369 |
| 520701893 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 21:32:30 | Chase Bank, PO Box 901038, Fort Worth, TX 76101-2038 |
| 520701894 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 21:32:14 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 520701891 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 21:32:12 | Chase Bank, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520701898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2026 21:43:12 | Citibank, P0 Box 6181, Sioux Falls, SD 57117-6181 |
| 520701897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2026 21:42:58 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 520701900 | + | Email/Text: EBN@edfinancial.com | Oct 07 2026 21:33:00 | EdFinancial Services, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701902 | + | Email/Text: EBN@edfinancial.com | Oct 07 2026 21:33:00 | EdFinancial Services, Attn: Bankruptcy, P0 Box 36008, Knoxville, TN 37930-6008 |
| 520701901 | + | Email/Text: EBN@edfinancial.com | Oct 07 2026 21:33:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520701903 | | Email/Text: ECF@fayservicing.com | Oct 07 2026 21:33:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 520701904 | | Email/Text: ECF@fayservicing.com | Oct 07 2026 21:33:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680 |
| 520701909 | | Email/Text: ECF@fayservicing.com | Oct 07 2026 21:33:00 | Fay Servicing LLC, 939 W North Avenue, Suite 680, Chicago, IL 60642 |
| 520781074 | | Email/Text: ECF@fayservicing.com | Oct 07 2026 21:33:00 | Metropolitan Life Insurance Company, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520701905 | ^ | MEBN | Oct 07 2026 21:28:35 | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701911 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 07 2026 21:32:45 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520701912 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 07 2026 21:32:44 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 520701910 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 07 2026 21:42:57 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520701916 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2026 21:34:00 | GM Financial, PO Box 99605, Arlington, TX 76096-9605 |
| 520701917 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2026 21:34:00 | GM Financial, PO Box 182963, Arlington, TX 76096-2963 |
| 520701915 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2026 21:34:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520701913 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 07 2026 21:35:00 | Genesis FS Card Services, Attn: Bankruptcy, P0 Box 4477, Beaverton, OR 97076-4401 |
| 520701914 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 07 2026 21:35:00 | Genesis FS Card Services, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701918 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 07 2026 21:33:00 | Goldman Sachs Bank, P0 Box 45400, Salt Lake City, UT 84145-0400 |
| 520701920 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 07 2026 21:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520701919 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 07 2026 21:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520701926 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2026 21:34:00 | IRS, 955 S Springfield Avenue, Building A, Springfield, NJ 07081 |
| 520743612 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 07 2026 21:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520701928 | ^ | MEBN | Oct 07 2026 21:28:56 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520785898 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 21:32:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520701930 | | Email/Text: ml-ebn@missionlane.com | Oct 07 2026 21:33:00 | Mission Lane, PO Box 4517, Carol Stream, IL 60197 |
| 520701931 | | Email/Text: ml-ebn@missionlane.com | Oct 07 2026 21:33:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520701932 | | Email/Text: ml-ebn@missionlane.com | Oct 07 2026 21:33:00 | Mission Lane LLC, P0 Box 105286, Atlanta, GA 30348 |
| 520894949 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 21:32:32 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520894950 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2026 21:32:11 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520701936 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 07 2026 21:33:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 520701937 | ^ | MEBN | Oct 07 2026 21:29:16 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520701938 | ^ | MEBN | Oct 07 2026 21:27:55 | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08602-0262 |
| 520701940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 21:43:12 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520701941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 21:32:11 | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 520797653 | | Email/Text: bankruptcy@mtabt.org | Oct 07 2026 21:34:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520701942 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 07 2026 21:35:00 | Tbom, P0 Box 4499, Beaverton, OR 97076-4499 |
| 520701943 | | Email/Text: bknotice@upgrade.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2026 21:33:00 | Upgrade Inc, 275 Battery Sreett Floor 23, San Francisco, CA 94111 |
| 520701946 | | Email/Text: bknotice@upgrade.com | Oct 07 2026 21:33:00 | Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701948 | | Email/Text: bknotice@upgrade.com | Oct 07 2026 21:33:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520701944 | | Email/Text: bknotice@upgrade.com | Oct 07 2026 21:33:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701951 | | Email/Text: bankruptcies@uplift.com | Oct 07 2026 21:33:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701953 | | Email/Text: bankruptcies@uplift.com | Oct 07 2026 21:33:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520701952 | | Email/Text: bankruptcies@uplift.com | Oct 07 2026 21:33:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520746540 | + | Email/Text: EBN@edfinancial.com | Oct 07 2026 21:33:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520701886 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701887 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520701888 | *+ | Althea Smith-Thomas aka Tia Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 520779038 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520701906 | *+ | Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701908 | *+ | Fay Servicing LLC, 425 S. Financial Place, 20th Floor, Chicago, IL 60605-1000 |
| 520701925 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 520701924 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701927 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 520701922 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 57, Bensalem, PA 19020 |
| 520701923 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Philadelphia, PA 19255-0010 |
| 520701921 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520701949 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 520701947 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520701945 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520701907 | ##+ | Fay Servicing Company, 901 S 2nd Street, Suite 201, Springfield, IL 62704-7909 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Duane B Thomas herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5